IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUL 2 7 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

| | | |
|---|---|---|
| **ROBERT BERNARDINI,** | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | CIVIL ACTION NO. 2:07CV48 |
| | ) ) ) | |
| **WAYNE PHILLIPS, Warden** | ) ) | |
| Respondent. | ) ) | |

## ORDER

This matter is before the Court pursuant to a Motion filed by the respondent seeking additional time to file their response to the petitioner's Application for Writ of Habeas Corpus filed on June 18, 2007. For good cause shown, the respondent should be given additional time to file a response. For this reason, it is hereby

**ORDERED** that the respondents shall have until August 26, 2007, to file a response to the petitioner's Application for Writ of Habeas Corpus.

DATED: July 27, 2007

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE